# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CUNNINGHAM LINDSEY U.S., INC.** and **CL ACQUISITIONS HOLDINGS LIMITED,** | CIVIL NO. 1:13-CV-2528 |
| | (Chief Judge Conner) |
| Plaintiffs, | |
| v. | |
| **PAT BONNANI, DALE FOHL**, and **VERICLAIM, INC.,** | |
| Defendants. | |

## ORDER

AND NOW, this 19th day of November, 2013, upon consideration of the motion for a preliminary injunction (Doc. 5) filed by Cunningham Lindsey U.S., Inc., and CL Acquisition Holdings Limited (collectively, "Cunningham Lindsey"), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that the motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania