IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CUNNINGHAM LINDSEY U.S., INC.** and **CL ACQUISITIONS HOLDINGS LIMITED**, | : CIVIL NO. 1:13-CV-2528 : : (Chief Judge Conner) |
| Plaintiffs | : |
| v. | : |
| **PAT BONNANI, DALE FOHL**, and **VERICLAIM, INC.**, | : : |
| Defendants | : |

## ORDER

AND NOW, this 22nd day of April, 2014, upon consideration of the motion (Doc. 41) filed by Pat Bonanni ("Bonanni"), Dale Fohl ("Fohl"), and Vericlaim, Inc. ("Vericlaim"), collectively "defendants," asking the court to dismiss counts II, III, V, VI, VII, VIII, and X of the complaint (Doc. 1) of Cunningham Lindsey U.S., Inc., and CL Acquisition Holdings Limited (collectively "Cunningham Lindsey"), and for the reasons discussed in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 41) is GRANTED to the extent it seeks dismissal of Count II in its entirety and Counts III, V, VI, and VII to the extent those claims name Fohl and Bonanni as defendants.

2. Defendants' motion (Doc. 41) is DENIED in all other respects.

3. The following claims remain: breach of contract (Count I) against Fohl and Bonanni; aiding and abetting in breach of fiduciary duty (Count III) against Vericlaim; misappropriation and misuse of trade secrets and confidential information under the Pennsylvania Uniform Trade Secrets Act ("PUTSA"), 12 PA. CONS. STAT. § 5301 *et seq.* (Count IV) against all defendants; tortious interference with contractual and business relationships (Count V) against Vericlaim; civil conspiracy (Count VI) against Vericlaim; unfair competition (Count VII) against Vericlaim; unjust enrichment (Count VIII) against all defendants; violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, (Count IX) against Fohl and Bonanni; and breach of contract (Count X) against Fohl.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania